B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Goodman Tank Lines, Inc.**  
                                      Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ace Property and Casualty Insurance**<br>**1 Beaver Valley Road**<br>**Wilmington, DE 19803** | **Ace Property and Casualty Insurance**<br>**1 Beaver Valley Road**<br>**Wilmington, DE 19803** | | | **91,135.00** |
| **Aetna**<br>**PO Box 804735**<br>**Chicago, IL 60680-4108** | **Aetna**<br>**PO Box 804735**<br>**Chicago, IL 60680-4108** | | | **38,627.00** |
| **Berkheimer Tax Administrator**<br>**121 East Second St.**<br>**Berwick, PA 18603** | **Berkheimer Tax Administrator**<br>**121 East Second St.**<br>**Berwick, PA 18603** | | | **80,689.45** |
| **Chartis Claims Inc.**<br>**Wachovia Bank**<br>**Atlanta, GA 31193** | **Chartis Claims Inc.**<br>**Wachovia Bank**<br>**Atlanta, GA 31193** | | | **40,000.00** |
| **City of Philadelphia**<br>**Municipal Services Building**<br>**1401 JFK Blvd.**<br>**Public Services Concourse**<br>**Philadelphia, PA 19102** | **City of Philadelphia**<br>**Municipal Services Building**<br>**1401 JFK Blvd.**<br>**Philadelphia, PA 19102** | | | **122,000.00** |
| **Commonwealth of PA**<br>**Dept. of Revenue**<br>**PO Box 280948**<br>**Harrisburg, PA 17128** | **Commonwealth of PA**<br>**Dept. of Revenue**<br>**PO Box 280948**<br>**Harrisburg, PA 17128** | | | **85,763.23** |
| **Commonwealth of Pennsylvania**<br>**100 Lackawanna Avenue**<br>**PO Box 5100**<br>**Scranton, PA 18505** | **Commonwealth of Pennsylvania**<br>**100 Lackawanna Avenue**<br>**PO Box 5100**<br>**Scranton, PA 18505** | | | **438,554.00** |
| **GMS Surgent**<br>**237 W. Lancaster Ave., Ste. 1000**<br>**Devon, PA 19333** | **GMS Surgent**<br>**237 W. Lancaster Ave., Ste. 1000**<br>**Devon, PA 19333** | | | **58,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **1,165,509.15** |

B4 (Official Form 4) (12/07) - Cont.

In re **Goodman Tank Lines, Inc.**            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ohio Bureau of Worker's Compensation**<br>**Corporate Processing Center**<br>**Columbus, OH 43271-0977** | **Ohio Bureau of Worker's Compensation**<br>**Corporate Processing Center**<br>**Columbus, OH 43271-0977** | | | **54,992.83** |
| **Ohio Dept of Job and Family Services**<br>**P.O. Box 67676**<br>**Columbus, OH 43218-2413** | **Ohio Dept of Job and Family Services**<br>**P.O. Box 67676**<br>**Columbus, OH 43218-2413** | | | **95,825.00** |
| **Ohio Dept. of Taxation**<br>**Taxpayer Services**<br>**P.O. Box 182215**<br>**Columbus, OH 43218-2215** | **Ohio Dept. of Taxation**<br>**Taxpayer Services**<br>**P.O. Box 182215**<br>**Columbus, OH 43218-2215** | | | **58,215.67** |
| **PA Department of Labor & Industry**<br>**Office of U.C. Tax Services**<br>**651 Boas St.**<br>**Harrisburg, PA 17121-0750** | **PA Department of Labor & Industry**<br>**Office of U.C. Tax Services**<br>**651 Boas St.**<br>**Harrisburg, PA 17121-0750** | | | **41,067.28** |
| **Polar Service Centers**<br>**1003 Astoria Blvd.**<br>**Cherry Hill, NJ 08003** | **Polar Service Centers**<br>**1003 Astoria Blvd.**<br>**Cherry Hill, NJ 08003** | | | **56,700.00** |
| **QBE Insurance Corp.**<br>**PO Box 5438**<br>**New York, NY 10087-5438** | **QBE Insurance Corp.**<br>**PO Box 5438**<br>**New York, NY 10087-5438** | | | **84,152.87** |
| **Regional Income Tax Agency (R.I.T.A.)**<br>**P.O. Box 477900**<br>**Broadview Heights, OH 44147-7900** | **Regional Income Tax Agency (R.I.T.A.)**<br>**P.O. Box 477900**<br>**Broadview Heights, OH 44147-7900** | | | **40,283.00** |
| **Ryder Trans Services**<br>**600 Winwoard Parkway**<br>**Alpharetta, GA 30005** | **Ryder Trans Services**<br>**600 Winwoard Parkway**<br>**Alpharetta, GA 30005** | | | **55,692.35** |
| **State of New Jersey**<br>**Department of Labor & Workforce Dev**<br>**Division of Employer Accounts**<br>**P.O. Box 932**<br>**Trenton, NJ 08625** | **State of New Jersey**<br>**Department of Labor & Workforce Dev**<br>**Division of Employer Accounts**<br>**Trenton, NJ 08625** | | | **85,280.31** |
| **State of New Jersey**<br>**Dept of Labor - Unemployment Compensatio**<br>**PO Box 932**<br>**Trenton, NJ 08625** | **State of New Jersey**<br>**Dept of Labor - Unemployment Compensatio**<br>**PO Box 932**<br>**Trenton, NJ 08625** | | | **128,232.50** |
| **Vern Benefits Consortium**<br>**PO Box 5406**<br>**Lancaster, PA 17606-5406** | **Vern Benefits Consortium**<br>**PO Box 5406**<br>**Lancaster, PA 17606-5406** | | | **80,334.97** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Goodman Tank Lines, Inc.** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 29, 2015**    Signature **/s/ D. Craig Goodman**
**D. Craig Goodman**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.